# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America )<br>v. )<br>Luis Sonier BAUTISTA MORETA )<br>)<br>)<br>)<br>)<br>*Defendant(s)* | Case No.<br>21-mj-7259 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   10/22/2021 & 11/1/2021   in the county of   Bristol & Suffolk   in the
_____ District of   Massachusetts  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C § 841(a)(1) & (b)(1)(A)(vi) | Possession with intent to distribute 400 grams or more of fentanyl (two counts) |

This criminal complaint is based on these facts:
Please see Affidavit by DEA SA Kyle Montagano

☑ Continued on the attached sheet.

_____
*Complainant's signature*

DEA SA Kyle Montagano
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   11/05/2021

_____
*Judge's signature*

City and state:   Boston, MA             United States Magistrate Judge Jennifer C. Boal
*Printed name and title*